UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA E. DIAZ-PEREZ,
    Petitioner,

v.                                          Civil No. 96-2614(PG)

UNITED STATES OF AMERICA,
    Respondent.

| MOTION | ORDER |
| --- | --- |
| Docket #13 - Petitioner's Request For A Review Of Sentence Pursuant To Title 18 U.S.C. Section 3742. | This matter if referred to a Magistrate Judge for Report and Recommendation. |

Date: _____March 31_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

s/c: W. Diaz
     Q. Bazan

3-24-00