IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA E. DIAZ-PEREZ,

Petitioner

v.                                                          CIVIL 96-2614 (PG)

UNITED STATES OF AMERICA,

Respondent

## MAGISTRATE REPORT AND RECOMMENDATION

Petitioner has filed a request for review of sentence. (Docket No. 13.) A request for review of sentence under 18 U.S.C. § 3742 allows the defendant to fill a notice of appeal in the district court. Jurisdiction does not rest here. United States v. Auman, 8 F.3d 1268, 1270-71 (8th Cir. 1993). Petitioner has appealed her convictions and has been denied collateral relief.

I recommend that the petition be dismissed.

Under the provisions of Rule 510.2, Local Rules, District of Puerto Rico, any party who objects to this report and recommendation must file a written objection thereto with the Clerk of this Court within ten (10) days of the party's receipt of this report and recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Failure to comply with this rule precludes further appellate review. See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111 (1986); Davet v. Maccorone, 973 F.2d

15

CIVIL 96-2614 (PG)                                    2

22, 30-31 (1st Cir. 1992); <u>Paterson-Leitch v. Massachusetts Elec.</u>, 840 F.2d 985 (1st Cir. 1988); <u>Borden v. Secretary of Health & Human Servs.</u>, 836 F.2d 4, 6 (1st Cir. 1987); <u>Scott v. Schweiker</u>, 702 F.2d 13, 14 (1st Cir. 1983); <u>United States v. Vega</u>, 678 F.2d 376, 378-79 (1st Cir. 1982); <u>Park Motor Mart, Inc. v. Ford Motor Co.</u>, 616 F.2d 603 (1st Cir. 1980).

At San Juan, Puerto Rico, this 19th day of April, 2000.

*[signature]*

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)